NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLOUDOFCHANGE, LLC,**
*Appellant*

**v.**

**LIGHTSPEED COMMERCE INC., CLOVER NETWORK, LLC,**
*Appellees*

---

2024-1446, 2024-1448, 2024-1547

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00779, IPR2022-00997, IPR2022-01143, IPR2023-00232, IPR2023-00287, IPR2023-00288.

---

## JUDGMENT

---

JERRY ROBIN SELINGER, Patterson & Sheridan LLP, Dallas, TX, argued for appellant. Also represented by KYRIE CAMERON, BARDEN TODD PATTERSON, JOHN ALLEN YATES, Houston, TX.

JOSEPH DANIEL GRAY, Slayden Grubert Beard PLLC, Austin, TX, argued for all appellees. Appellee Lightspeed Commerce Inc. also represented by VALERIE BARKER.

GREGORY H. LANTIER, Wilmer Cutler Pickering Hale and Dorr LLP, Washington, DC, for appellee Clover Network, LLC. Also represented by DAVID LANGDON CAVANAUGH, RONALD GREGORY ISRAELSEN, THOMAS SAUNDERS; AMY L. MAHAN, Sidley Austin LLP, Boston, MA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, STOLL, and STARK, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 12, 2025
Date

Jarrett B. Perlow
Clerk of Court